


Page
1 / 2

**Bill To:** 200949
 KC Electrical Construction
 4907 147th St

 Midlothian  IL 60445 US

**Ship To:** 201056
Hannibal Lock and Dam
40344 State Route 7

Hannibal OH 43931 US

| **Invoice** | **21166284** |
|---|---|
| **Please state with payment:** | |
| Date / Document number: | 03/24/2017 / 21166284 |
| Purchase Order No.: | **HANNIBAL L/D CONDUCTOR RAIL SYSTEM** |
| Dated: | 03/04/2017 |
| Delivery No.: | 41116160 |
| Dated: | 03/24/2017 |
| Sales Order No.: | 10923346 |

Dear Valued Customer,
We thank you for your order.
Accounts with open terms that pay with credit card will incur a 2% fee.
We have pleasure in confirming the following:
For Reference the tracking number for your order is :1Z5426100358793552

**Item Overview:**

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| | | TAG PO HANNIBAL L/D CONDUCTOR RAIL SYSTEM REPLACEMENT - MANUALS ONLY BB | | | |
| 100 | 3080752 | MANUAL HEVI-BAR II XA-968800 | 5.000 PC | 5.10000 | 25.50 |
| | | Order 10923346 from 03/10/2017 | | | |
| | | Delivery note 41116160 from 03/24/2017, Date of services rendered 03/24/2017 | | | |
| | | Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017 | | | |

**Invoice Total  Net Payable Amount**                                                                                          USD        48.43

| **Conductix - Wampfler** | **Bank Reference:** | **Remit To** | **Units:** PC=piece, |
|---|---|---|---|
| Conductix, Inc., 10102 F St. | US Bank | Conductix- Wampfler | M=meter, FT=foot |
| Omaha, NE 68127 (USA) | 17th  Farnam | PO Box 809090 | KG=kilogram, |
| **Phone:** 1-402-339-9300 | Omaha, NE, 68102 | Chicago, IL 60680-9090 | LB=pound, |
| **Fax:** 1-402-339-9627 | ABA No.: 104000029 | Tax ID # 47-0564813 | PE=packing unit, |
| **e-mail:** accounting.us@conductix.com | Account No.: 148713571955 | | BD=bundle |

Form 06017; Revised 11/17/2008



| | Invoice No / Date. | Page |
|---|---|---|
| | **21166284 / 03/24/2017** | 2 / 2 |

| | |
|---|---:|
| *Net Sales Price* | 25.50 |
| *Freight Charges* | 19.65 |
| *Total Tax* | 3.28 |
| *Final Amount* | 48.43 |

| **Net payable** | **USD** | **48.43** |
|---|---|---|

### Requirements

| | |
|---|---|
| Terms of payment: | net 30 days |
| Delivery conditions: | Forwarding |
| Terms of delivery: | FOB (Free on board) Harlan, IA |

'ALL ITEMS MANUFACTURED IN THE USA EXCEPT AS NOTED ABOVE.'


The material and/or services contained herein shall be supplied against our general terms and conditions of sale.

We thank you again for your purchase order. Should you have any questions, please do not hesitate to contact us at your convenience.

Yours sincerely,
Conductix-Wampfler.

Form 06017; Revised 11/17/2008