



**Page**

1 / 5

**Bill To:** 200949
KC Electrical Construction
4907 147th St

Midlothian  IL 60445 US

**Ship To:** 201056
Hannibal Lock and Dam
40344 State Route 7

Hannibal OH 43931 US

| **Invoice** | **21222027** |
|---|---|
| **Please state with payment:** | |
| Date / Document number: | **09/07/2017 / 21222027** |
| Purchase Order No.: | **HANNIBAL L/D CONDUCTOR RAIL SYSTEM** |
| Dated: | **03/04/2017** |
| Delivery No.: | **41165690** |
| Dated: | **09/05/2017** |
| Sales Order No.: | **10923346** |

Dear Valued Customer,
We thank you for your order.
Accounts with open terms that pay with credit card will incur a 2% fee.
We have pleasure in confirming the following:
PLS LOGISTICS BOL# 10631

**Item Overview:**

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| | | TAG PO HANNIBAL L/D CONDUCTOR RAIL SYSTEM REPLACEMENT FLATBED FREIGHT QUOTED CR | | | |
| **10** | **3071377** | **CONDUCTOR BAR 500A 30 FT LG UV XA-38925** | | | |
| | | | **144.000 PC** | 189.75000 | **27,324.00** |
| | | Order 10923346 from 03/10/2017 Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017 Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017 | | | |

| **Invoice Total  Net Payable Amount** | **USD** | **83,546.65** |
|---|---|---|

**Conductix - Wampfler**
Conductix, Inc., 10102 F St.
Omaha, NE 68127 (USA)
**Phone:** 1-402-339-9300
**Fax:** 1-402-339-9627
**e-mail:** accounting.us@conductix.com

Bank Reference:
US Bank
17th  Farnam
Omaha, NE, 68102
ABA No.: 104000029
Account No.: 148713571955

Remit To
Conductix- Wampfler
PO Box 809090
Chicago, IL 60680-9090
Tax ID # 47-0564813

**Units:** PC=piece,
M=meter, FT=foot
KG=kilogram,
LB=pound,
PE=packing unit,
BD=bundle

Form 06017; Revised 11/17/2008



| | | | Invoice No / Date. | | Page |
|---|---|---|---|---|---|
| | | | **21222027 / 09/07/2017** | | 2 / 5 |

## Item Overview:

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 20 | 3070987 | **POWERFEED KIT 500A 9.75 UV** <br> **XA-37674** | **4.000 PC** | 45.00000 | **180.00** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 30 | 3070989 | **SPLICE ASSY 500A UV CVR PS HDW** <br> **XA-37676** | **156.000 PC** | 20.25000 | **3,159.00** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 40 | 3071535 | **EXPANSION SECT 500A SST BK UV 4 IN** <br> **XA-38946** | **16.000 PC** | 466.50000 | **7,464.00** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 50 | 3067507 | **END COVER ASSY 500A** <br> **XA-27588** | **8.000 PC** | 10.80000 | **86.40** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 60 | 3079576 | **BRACKET HGR 500A XBOLT INS 4C 9X3 SS** <br> **XA-51786D** | **239.000 PC** | 174.00000 | **41,586.00** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

Form 06017; Revised 11/17/2008



| | | | | Invoice No / Date. | | Page |
|---|---|---|---|---|---|---|
| | | | | **21222027 / 09/07/2017** | | 3 / 5 |

## Item Overview:

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 70 | 3068266 | **COLLECTOR 250A J-HD C-BSE TDM 21.00 PGT** **XA-30389** | **4.000 PC** | 131.25000 | **525.00** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| 80 | 3071837 | **TOW BAR MOUNT 18 IN LG WLDMT 1.00 IN SQ** **XA-39617B** | **1.000 PC** | 29.25000 | **29.25** |
|---|---|---|---|---|---|

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| 90 | 3065296 | **COMPOUND JT ELEC** **XA-15629** | **6.000 PC** | 19.50000 | **117.00** |
|---|---|---|---|---|---|

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| 110 | 3068266 | **COLLECTOR 250A J-HD C-BSE TDM 21.00 PGT** **XA-30389** | **1.000 PC** | 131.25000 | **131.25** |
|---|---|---|---|---|---|

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| 120 | 3068309 | **SHOE 200A/400A 6 LG CU** **XA-30516** | **8.000 PC** | 39.00000 | **312.00** |
|---|---|---|---|---|---|

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

Form 06017; Revised 11/17/2008



| | Invoice No / Date. | Page |
|---|---|---|
| | **21222027 / 09/07/2017** | 4 / 5 |

## Item Overview:

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 130 | 3071535 | **EXPANSION SECT 500A SST BK UV 4 IN** **XA-38946** | **1.000 PC** | 466.50000 | **466.50** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 140 | 3070989 | **SPLICE ASSY 500A UV CVR PS HDW** **XA-37676** | **2.000 PC** | 20.25000 | **40.50** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 150 | 3071377 | **CONDUCTOR BAR 500A 30 FT LG UV** **XA-38925** | **1.000 PC** | 189.75000 | **189.75** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

| Item | Material | Description | Quantity/unit | Price/unit USD | Value USD |
|---|---|---|---|---|---|
| 160 | 3069187 | **HANGER CLAMP 500-1500A INS 1.25 BOLT SS** **XA-32807** | **12.000 PC** | 21.00000 | **252.00** |

Order 10923346 from 03/10/2017
Delivery note 41165690 from 09/05/2017, Date of services rendered 09/07/2017
Purch. order no. **HANNIBAL L/D CONDUCT** from 03/04/2017

Form 06017; Revised 11/17/2008



| | Invoice No / Date. | Page |
|---|---|---|
| | **21222027 / 09/07/2017** | **5 / 5** |

---

| | |
|---|---|
| *Net Sales Price* | 81,862.65 |
| *Freight Charges* | 1,684.00 |
| *Final Amount* | 83,546.65 |

---

| **Net payable** | **USD** | **83,546.65** |
|---|---|---|

---

**Requirements**

| | |
|---|---|
| Terms of payment: | net 30 days |
| Delivery conditions: | Forwarding |
| Terms of delivery: | FOB (Free on board) Harlan, IA |

'ALL ITEMS MANUFACTURED IN THE USA EXCEPT AS NOTED ABOVE.'

The material and/or services contained herein shall be supplied against our general terms and conditions of sale.

We thank you again for your purchase order. Should you have any questions, please do not hesitate to contact us at your convenience.

Yours sincerely,
Conductix-Wampfler.

Form 06017; Revised 11/17/2008